UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTINA RUTH RICHARDSON                                                              PLAINTIFF

v.                                      No. 2:22-cv-2170

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 15) from United States Chief Magistrate Judge Mark E. Ford. Plaintiff Christina Ruth Richardson has filed objections (Doc. 16). The Court has reviewed the report and recommendation and social security transcript (Doc. 10) *de novo* with respect to Plaintiff's objections. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the report and recommendation. The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that the decision of the Social Security Administration Commissioner to deny Plaintiff's application is AFFIRMED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 5th day of December, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE